# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELIZABETH T. STATHES

VERSUS

RANDY LIVAS; CONSOLIDATED
WATERWORKS DISTRICT NO. 1;
AND TOKIO MARINE SPECIALTY
INSURANCE COMPANY

NO.  2025 CW 1215

**FEBRUARY 9, 2026**

---

In Re:    Randy Livas, Watrworks District No. 1, and Tokio Marine
          Specialty Insurance Company, applying for supervisory
          writs, 32nd Judicial District Court, Parish of
          Terrebonne, No. 196673.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.